Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Elina E. Kharit (SBN 261029)
ekharit@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION d/b/a HOLLYWOODLIFE.COM, a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:20-cv-07208-VAP-JPR<br>_Hon. Virginia A. Phillips Presiding_<br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

AUGUST IMAGE, LLC., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 _et seq._

2.     This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

4.     Plaintiff AUGUST IMAGE, LLC. ("AUGUST") is a New York Limited Liability Company, with its primary place of business located at 793 Broadway, New York, New York, 10003. AUGUST is a full-service rights managed collection, dedicated to representing an elite group of portrait, lifestyle, beauty & fashion photographers for editorial and commercial licensing. AUGUST exclusively administers the infringed copyright rights at issue in this action.

5.     Plaintiff is informed and believes and thereon alleges that Defendant PENSKE MEDIA CORPORATION d/b/a HOLLYWOODLIFE.COM ("PMC") is a Delaware corporation with its primary place of business located at 11175 Santa Monica Blvd, Los Angeles, California 90025 and is the owner of the website at https://hollywoodlife.com/.

6.     Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director,

manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## **CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 1-3**

8.       Mark Williams and Sara Hirakawa ("Williams + Hirakawa") are a husband and wife photographer duo who specialize in fashion, celebrity portraiture, life-style, apparel, travel, beauty and motion photography.

9.       Williams + Hirakawa own the original photographs of actresses Elle Fanning, photograph "AU11035398" shown below which was registered with the United States Copyright Office on August 24, 2018, under Registration Numbers VA 2-120-244 (Subject Photograph 1).

**Subject Photograph 1**



10. Williams + Hirakawa own the original photograph of actresses Hailee Steinfeld, photograph 2 titled "AU11035514" shown below which was registered with the United States Copyright Office on August 24, 2018, under Registration Numbers VA 2-120-245 (Subject Photograph 2).

FIRST AMENDED COMPLAINT

**Subject Photograph 2**



11.     Williams + Hirakawa own the original photograph of actresses Hailee Steinfeld, photograph 3 titled "AU11035518" shown below which was registered with the United States Copyright Office on August 24, 2018, under Registration Numbers VA 2-120-245 (Subject Photograph 3).

**Subject Photograph 3**



12.     For all times relevant to his action, Williams + Hirakawa have appointed Plaintiff AUGUST as their exclusive administrator and publisher of all copyright rights in and to Subject Photographs 1 through 3 (collectively, the "Subject

Photographs"). As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

13.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photographs, PMC, DOE Defendants, and each of them used the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com.

14.    Screen captures of said uses are set forth hereinbelow:





FIRST AMENDED COMPLAINT



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 4

15.     Peter Yang ("Yang") is a professional photographer and is a regular contributor to Rolling Stone, GQ, and Variety, and has shot campaigns for Levis, Comedy Central, and Def Jam, and others. He resides in Los Angeles, California. His work has been recognized by the American Photography and Communication Arts.

16.     Yang owns the original photograph of actor Samuel L. Jackson titled "AU1242568" shown below which was registered with the United States Copyright Office on June 5, 2019, under Registration Number VA 2-156-010 (Subject Photograph 4).

**Subject Photograph 4**



6

17.   For all times relevant to his action, Yang has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 4. As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

18.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 4, PMC, DOE Defendants, and each of them used the Subject Photograph 4 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com.

19.   Screen captures of said uses are set forth hereinbelow:



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 5

20.   Joseph Pugliese ("Pugliese") is a Los-Angeles based professional photographer focusing on portraiture and reportage, whose works have been featured in Vanity Fair, The Hollywood Reporter, Wired, Esquire, GQ Magazine, The New Yorker, Billboard, and others.

21.   Pugliese owns the original photograph of actress Jennifer Lawrence titled "AU1252654" shown below which was registered with the United States

Copyright Office on June 10, 2014, under Registration Number VAu 1-174-879 (Subject Photograph 5).

**Subject Photograph 5**



22.    For all times relevant to his action, Pugliese has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 5. As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

23.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 5, PMC, DOE Defendants, and each of them used the Subject Photograph 5 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com.

24.    Screen captures of said uses are set forth hereinbelow:

FIRST AMENDED COMPLAINT



## CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 6-9

25.      William Arthur Streiber, p/k/a Art Streiber ("Streiber") is a Los Angeles based photographer and director specializing in reportage, portraiture, corporate, entertainment and advertising projects.

26.      Streiber owns the original photograph of film director James Cameron titled "AU179088" which was registered with the United States Copyright Office on March 11, 2019, under Registration Number VA 2-141-902 (Subject Photograph 6).

**Subject Photograph 6**



FIRST AMENDED COMPLAINT

1   27.    Streiber owns the original photograph of the stars of the ABC drama

2   series Scandal titled "AU1356227" shown below which was registered with the

3   United States Copyright Office on May 14, 2019, under Registration Number VA 2-

4   158-022 (Subject Photograph 7).

**Subject Photograph 7**



28.    Streiber owns the original photograph of Tiffany Haddish titled

"AU11215528" shown below which was registered with the United States Copyright

Office on May 14, 2019, under Registration Number VA 2-158-022 (Subject

Photograph 8).

**Subject Photograph 8**



FIRST AMENDED COMPLAINT

29.     Streiber owns the original photograph titled "AU1605711" shown below which was registered with the United States Copyright Office on February 11, 2020, under Registration Number VA 2-190-187 (Subject Photograph 9).

**Subject Photograph 9**



30.     For all times relevant to his action, Streiber has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 6 through Subject Photograph 9 (collectively, the "Subject Photographs"). As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

31.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photographs, PMC, DOE Defendants, and each of them used  the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com and https://pmcdeadline.com.

32.     Screen captures of said uses are set forth hereinbelow:

//

//

//





//

//

FIRST AMENDED COMPLAINT



## **CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 10-20**

33.     Sebastian Kim ("Kim") is an American fashion and portrait photographer whose clients include American Vogue, Harper's Bazaar, Vogue Germany, Vogue Japan, Vogue Australia, Interview, L'Uomo Vogue, Time Magazine, Calvin Klein, Bulgari, Armani, Gap, and Uniqlo among others.

34.     Kim owns the original photograph titled "AU1994089" shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-818 (Subject Photograph 10).

### **Subject Photograph 10**



35.     Kim owns the original photograph titled "AU1993746" of singer Katy Perry shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-818 (Subject Photograph 11).

**Subject Photograph 11**



36.     Kim owns the original photograph titled "AU11000822" of rapper Nicki Minaj shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-785 (Subject Photograph 12).

**Subject Photograph 12**



//

FIRST AMENDED COMPLAINT

37.     Kim owns the original photograph titled "AU11000824" shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-785 (Subject Photograph 13).

**Subject Photograph 13**



38.     Kim owns the original photograph titled "AU1993526" of Drake shown below which was registered with the United States Copyright Office on April 6, 2020, under Registration Number VA 2-202-146 (Subject Photograph 14).

**Subject Photograph 14**



FIRST AMENDED COMPLAINT

39.     Kim owns the original photograph titled "AU11242791" of actor Norman Reedus shown below which was registered with the United States Copyright Office on February 27, 2020, under Registration Number VA 2-198-315 (Subject Photograph 15).

**Subject Photograph 15**



40.     Kim owns the original photograph titled "AU11000561" of actress Kate Bosworth shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-785 (Subject Photograph 16).

**Subject Photograph 16**



FIRST AMENDED COMPLAINT

41.     Kim owns the original photograph titled "AU11000119" shown below which was registered with the United States Copyright Office on February 27, 2020, under Registration Number VA 2-198-319 (Subject Photograph 17).

**Subject Photograph 17**



42.     Kim owns the original photograph titled "AU1994169" shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-818 (Subject Photograph 18).

**Subject Photograph 18**



FIRST AMENDED COMPLAINT

43.     Kim owns the original photograph "AU1993544" shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-818 (Subject Photograph 19).

**Subject Photograph 19**



44.     Kim owns the original photograph titled "AU1993717" shown below which was registered with the United States Copyright Office on March 11, 2020, under Registration Number VA 2-199-818 (Subject Photograph 20).

**Subject Photograph 20**



FIRST AMENDED COMPLAINT

45.    For all times relevant to his action, Kim has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 10 through Subject Photograph 20 (collectively, the "Subject Photographs"). As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

46.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photographs, PMC, DOE Defendants, and each of them used  the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com and https://pmcdeadline.com.

47.    Screen captures of said uses are set forth hereinbelow:





FIRST AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10



11

12

13

14

15

16

17

18



19

20

21

22

23

24

25

26

27



28





//

FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



FIRST AMENDED COMPLAINT

## <u>CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 21-22</u>

48.      Ben Hassett ("Hassett") is one of the most sought-after photographers in the world and is best known for his striking portrait photography. He is a regular contributor to Vogue magazines worldwide, and also contributes to Vanity Fair, W magazine, and The New York Times, his clients include Omega, Dior, L'Oreal, Wella, Givenchy, Clarins and Rimmel. His work has been featured at the Annenberg Space for Photography.

49.      Hassett owns the original photograph of actress Jennifer Lawrence titled "AU11341086" shown below which was registered with the United States Copyright Office on May 15, 2020, under Registration Number VA 2-206-878 (Subject Photograph 21).

**Subject Photograph 21**



50.      Hassett owns the original photograph titled "AU11341108" shown below which was registered with the United States Copyright Office on May 15, 2020, under Registration Number VA 2-206-878 (Subject Photograph 22).

//

//

//

FIRST AMENDED COMPLAINT

**Subject Photograph 22**



51.     For all times relevant to his action, Hassett has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 21 and Subject Photograph 22 (collectively, the "Subject Photographs"). As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

52.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photographs, PMC, DOE Defendants, and each of them used  the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://hollywoodlife.com and www.sheknows.com.

53.     Screen captures of said uses are set forth hereinbelow:



FIRST AMENDED COMPLAINT



## CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 23

54.    Ari Michelson ("Michelson") is an American fashion and portrait photographer whose editorial clients include People Magazine, Health, Redbook, Shape, More, Lucky, FHM Magazine, and Esquire. He has also done advertising for Adidas, Fox motocross, Anchor Blue, Red Bull, Sony, and Virgin Records.

55.    Michelson owns the original photograph of actress Michelle Monaghan Lawson titled "AU1986658" shown below which was registered with the United States Copyright Office on August 19, 2020, under Registration Number VA 2-215-008 (Subject Photograph 23).

**Subject Photograph 23**



FIRST AMENDED COMPLAINT

56.     For all times relevant to his action, Michelson has appointed Plaintiff AUGUST as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph 23. As such, AUGUST is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

57.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 23, PMC, DOE Defendants, and each of them used  the Subject Photograph 23 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://deadline.com and https://pmcdeadline.com.

58.     Screen captures of said uses are set forth hereinbelow:



## **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants, and Each)

59.     Plaintiff repeats, realleges and incorporates herein by reference as though

fully set forth the allegations contained in the preceding paragraphs of this Complaint.

60.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Photograph 1 through Subject Photograph

23 (collectively, the "Subject Photographs"), including, without limitation, through Plaintiff's website and social media accounts or viewing the Subject Photographs on third-party websites (e.g., Tumblr, Pinterest, etc.).

61.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Photographs, and exploited said images in multiple website posts without Plaintiff's authorization or consent.

62.     Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

63.     Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Photographs in an amount to be established at trial.

64.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a.  That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Photographs;

b.  That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial,

or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d.  That Plaintiff be awarded pre-judgment interest as allowed by law;

e.  That Plaintiff be awarded the costs of this action; and

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: November 10, 2020                     DONIGER/BURROUGHS

                                 By:    /s/ Stephen M. Doniger
                                        Stephen M. Doniger, Esq.
                                        Elina E. Kharit, Esq.
                                        Attorneys for Plaintiff

FIRST AMENDED COMPLAINT